Randolph P. Sinnott, SBN 107301
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
  rsinnott@spcclaw.com
550 South Hope Street, Suite 2350
Los Angeles, California 99071
Telephone    (213) 996-4200
Facsimile:   (213) 892-8322

Randy M. Marmor, SBN 074747
  rmarmor@spcclaw.com
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone:   (415) 352-6200
Facsimile:   (415) 352-6224

Attorneys for Defendant, GREAT AMERICAN INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MILLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY, and DOES 1 through 50 inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-07689-MWF (JPRx)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Complaint Filed: July 13, 2016 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-07689-MWF (JPRx), is dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: April __27__, 2017

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

GREAT AMERICAN\Miller -- 341.005\Pleadings\Order Granting Stip Dismissal.docx

ORDER GRANTING STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE